PAUL J. STEINER, ESQ. (SBN 41117)
LAW OFFICES OF PAUL J. STEINER
550 California Street
Sacramento Tower, Suite 700
San Francisco, California 94104
Telephone:    (415) 981-6100
Facsimile:    (415) 984-0950

Attorneys for Plaintiffs
DSSDR, LLC and
ANDREW G. BENSINGER

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DSSDR, LLC, a Florida Corporation; and ANDREW G. BENSINGER, an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ZENITH INFOTECH LTD, an Indian, Corporation; AKASH SARAF, an Individual; CONTINUUM MANAGED SERVICES, LLC, a Delaware Corporation; fka ZENITH RMM; MICHAEL GEORGE, an Individual; SUMMIT PARTNERS, L.P., a Delaware Limited Partnership; and, DOES 1 through 200, inclusive,<br><br>Defendants. | Case No.: CV 12-4336 JSW<br><br>**STIPULATION FOR CHANGE OF OPPOSING AND REPLY SCHEDULES ON (1) MOTIONS BY ZENITH INFOTECH AND AKASH SARAF TO DISMISS AND TO DISMISS THE COMPLAINT OR TRANSFER CASE TO ANOTHER VENUE AND (2) MOTION BY CONTINUUM, MICHAEL GEORGE AND SUMMIT PARTNERS TO TRANSFER VENUE**<br>and<br>**ORDER**<br><br>Date:    December 14, 2012<br>Time:    9:00 AM<br>Dept:    Courtroom 11<br>Judge:   Hon. Jeffrey S. White |

## STIPULATION

WHEREAS, Plaintiffs commenced this action in the Superior Court of California for the County of Alameda on August 6, 2012;

---

**STIPULATION AND ORDER ON MOTIONS SET FOR HEARING 12/14/12**
*DSSDR v. Zenith Infotech LTD, et al.*, Case No. C 12-04334 JSW                                                     Page 1

WHEREAS, the matter was removed to the United States District Court for the Northern District of California, San Francisco Division on August 16, 2012;

WHEREAS, on August 29, 2012 plaintiffs and defendants Continuum Managed Services, LLC, Michael George and Summit Partners, L.P. (the "Continuum Defendants") entered into a stipulation extending the Continuum Defendants' time to move, answer or otherwise respond to the complaint;

WHEREAS, on September 5, 2012 plaintiffs and defendants Zenith Infotech and Akash Saraf (the "Infotech Defendants") entered into a stipulation extending the Infotech Defendants' time to move, answer or otherwise respond to the complaint;

WHEREAS, on October 4, 2012, the Infotech Defendants filed their motion to dismiss for improper venue pursuant to Federal Rule of Civil Procedure 12(b)(3) and 28 U.S.C. § 1406(a) or, alternatively, to transfer venue pursuant to 28 U.S.C. § 1406(a) or, alternatively, to transfer venue pursuant to 28 U.S.C. § 1404(a) and, as to Akash Saraf, to dismiss for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) (the "Infotech Motion"), which is set for hearing on December 14, 2012;

WHEREAS, on October 4, 2012, the Continuum Defendants filed their Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404 (the "Continuum Transfer Motion"), which is set for hearing on December 14, 2012;

WHEREAS, on or before October 18, 2012 plaintiffs' opposition or other opposing papers are due to be filed in response to the Infotech Motion and the Continuum Transfer Motion,

WHEREAS, each of the motions is substantive and plaintiffs' counsel is scheduled to be out of state from October 11, 2012 returning to his office on October 22, 2012 and needs and has requested additional time within which to prepare and file appropriate responses and defendants are amenable, subject to Court approval, to an alteration of the schedule for opposition papers of plaintiffs and reply papers of defendants to be filed, as set forth below.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED**, subject to approval by the Court, as follows:

**STIPULATION AND ORDER ON MOTIONS SET FOR HEARING 12/14/12**
*DSSDR v. Zenith Infotech LTD, et al.*, Case No. C 12-04334 JSW                                                                                              Page 2

1. Plaintiffs shall file their opposition to the Infotech Motion by November 9, 2012;
2. Plaintiffs shall file their opposition to the Continuum Transfer Motion by November 12, 2012;
3. The Infotech Defendants shall file their reply papers in support of the Infotech Motion by November 30, 2012;
4. The Continuum Defendants shall file their reply papers in support of the Continuum Transfer Motion by November 30, 2012.

**IT IS SO STIPULATED**.

DATED: October 12, 2012           LAW OFFICES OF PAUL J. STEINER

                                  By: _____/s/_____
                                      PAUL J. STEINER
                                      Attorneys for Plaintiffs DSSDR, LLC and
                                      ANDREW G. BENSINGER

DATED: October 12, 2012           GORDON & REES LLP

                                  By: _____/s/_____
                                      GORDON I. ENDOW
                                      Attorneys for Defendants
                                      ZENITH INFOTECH and AKASH SARAF

DATED: October 12, 2012           WEIL, GOTSHAL & MANGES LLP

                                  By: _____/s/_____
                                      RICHARD W. SLACK
                                      Attorneys for Defendants CONTINUUM
                                      MANAGED SERVICES, LLC, MICHAEL
                                      GEORGE and SUMMIT PARTNERS, L.P.

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, IT IS ORDERED that the opposing and reply paper due dates for the motions set for hearing on December 14, 2012 are altered and reset as follows:

1. Plaintiffs shall file their opposition to the Infotech Motion by November 2, 2012;

2. Plaintiffs shall file their opposition to the Continuum Transfer Motion by November 2, 2012;

3. The Infotech Defendants shall file their reply papers in support of the Infotech Motion by November 15, 2012;

4. The Continuum Defendants shall file their reply papers in support of the Continuum Transfer Motion by November 15, 2012.

DATED: October 14, 2012

_____
JEFFERY S. WHITE, Judge
United States District Court
Northern District of California

**STIPULATION AND ORDER ON MOTIONS SET FOR HEARING 12/14/12**
*DSSDR v. Zenith Infotech LTD, et al.*, Case No. C 12-04334 JSW   Page 4