**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DSSDR LLC,

    Plaintiff,                                 No. C 12-04336 JSW

  v.

ZENITH INFOTECH LTD,                **ORDER VACATING HEARING**

    Defendant.
                                       /

      Now before the Court for consideration are Defendants' motions to dismiss and to transfer. The Court has considered the parties' papers, relevant legal authority, and the record in this case, and it finds these motions suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b). The Court VACATES the hearing scheduled for December 14, 2012, and it takes the motions under submission. The Court shall issue a ruling in due course.

      **IT IS SO ORDERED.**

Dated: December 11, 2012

                                                         JEFFREY S. WHITE
                                                         UNITED STATES DISTRICT JUDGE